FILED
 2010 Apr-08  AM 11:55
 U.S. DISTRICT COURT
     N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| THEOPHLIS ERVIN, ) | |
| ) | |
| Petitioner, ) | |
| vs. ) | Case No.   1:09-cv-1969-TMP |
| ) | |
| CHERYL PRICE, Warden; ) | |
| ATTORNEY GENERAL OF ) | |
| THE STATE OF ALABAMA, ) | |
| ) | |
| Respondents. ) | |

O R D E R

On March 8, 2010, the magistrate judge filed his report and recommendation in the above-styled cause, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2254 be dismissed without prejudice. Petitioner filed objections on March 30, 2010.

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the petitioner's objections thereto, the Court is of the opinion that the petitioner's objections are due to be and hereby are OVERRULED, the magistrate judge's report is due to be and hereby is ADOPTED, and the recommendation is ACCEPTED. Consequently, the petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2254 in the above-styled cause is due to be and the same is hereby DISMISSED without prejudice because the

petitioner's failure to obtain the necessary authorization of the Eleventh Circuit Court of Appeals to file a successive petition has left this court without jurisdiction to adjudicate petitioner's claims.

Done this 8th day of April 2010.

						_____
						L. SCOTT COOGLER
						UNITED STATES DISTRICT JUDGE
								153671